# UNITED STATES DISTRICT COURT
for the
Southern District Of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>CHARLES C. CHRISTIAN<br>*Defendant(s)* | Case Number.: 0754 3:10CR30239-001 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without necessary delay
*(name of person arrested)* Charles C. Christian                                                                ,
who is accused of an offense or violation based on the following document filed with the court.

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Supervised Release Violation

Date: September 5, 2017

Digitally signed by Judge David R. Herndon
Date: 2017.09.05 15:57:30 -05'00'

*Issuing officer's signature*

City and state: East Saint Louis, IL        David R. Herndon   United States District Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL (4/2017)